**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 23- 02-H-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ATTEMPTED PROPERTY DAMAGE BY USE OF FIRE OR EXPLOSIVE (Count 1) Title 18 U.S.C. § 844(f)(1) (Penalty: Mandatory minimum five to 20 years of imprisonment, a $250,000 fine, and three years of supervised release) |
| LOGAN SEA PALLISTER, Defendant. | |
| | POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICES (Count 2) Title 26 U.S.C. § 5861(d) (Penalty: Ten years of imprisonment, a $250,000 fine, and three years of supervised release) |
| | POSSESSION OF AN UNREGISTERED SILENCER (Count 3) Title 26 U.S.C. § 5861(d) (Penalty: Ten years of imprisonment, a $250,000 fine, and three years of supervised release) |

1

|  | **CRIMINAL FORFEITURE**<br>18 U.S.C. § 844(c)<br>26 U.S.C. § 5872(a) |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That on or about May 31, 2022, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, LOGAN SEA PALLISTER, intended to maliciously damage by means of fire and explosive, a building, in whole and in part owned and possessed by Helena Public Schools, an institution and organization receiving Federal financial assistance, and the defendant took a substantial step towards the commission of that offense, all in violation 18 U.S.C. § 844(f)(1).

COUNT 2

That between on or about May 30, 2022, and on or about May 31, 2022, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, LOGAN SEA PALLISTER, knowingly possessed firearms, namely pipe bombs, which are destructive devices as defined by 26 U.S.C. § 5845(a)(8) and 26 U.S.C. § 5845(f), each of which was not registered in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## COUNT 3

That between on or about May 30, 2022, and on or about May 31, 2022, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, LOGAN SEA PALLISTER, knowingly possessed a firearm, namely a silencer as defined by as defined by 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(25), which was not registered in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offense set forth in Count 1 of this indictment, the defendant, LOGAN SEA PALLISTER, shall forfeit, pursuant to 18 U.S.C. § 844(c), any explosive materials involved or used or intended to be used in the commission of the said offense.

//

//

//

//

//

//

//

2. Upon conviction of either offense set forth in Counts 2 and 3 of this indictment, the defendant, LOGAN SEA PALLISTER, shall forfeit, pursuant to 26 U.S.C. § 5872(a), any and all real or personal property, including the firearms, destructive devices, and silencers described in this indictment, used and intended to be used in any manner and part, to commit, and facilitate the commission of the said offenses.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_/s/ [signature] for_
JESSE A. LASLOVICH
United States Attorney

_/s/ [signature] for_
CYNDEE L PETERSON
Criminal Chief Assistant U.S. Attorney