# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOGAN SEA PALLISTER,<br><br>Defendant. | CR 23-02-H-BMM<br><br><br>ORDER |

The United States has filed an unopposed motion to allow Dr. Alicia Gilbert to appear by Zoom or other remote means at the competency hearing in this matter. The hearing is scheduled to take place on September 18, 2023, at 10:00 am. (Doc. 18). There being good cause appearing for the motion,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED.** Dr. Gilbert may appear by Zoom. The government will contact the Clerk of Court's Office for the Zoom link.

DATED this 11th day of September 2023.

_____
Brian Morris, Chief District Judge
United States District Court