**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. North, #300**
**Great Falls, MT 59401**
**Phone: (406) 761-7715**
**Fax:    (406) 453-9973**
**Email: Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **LOGAN SEA PALLISTER,**  Defendant. | CR 23-02-H-BMM  **DECLARATION OF PUBLICATION** |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was advertised on an official government internet site

1

(www.forfeiture.gov) for at least 30 consecutive days, beginning on June 8, 2024 and ending on July 7, 2024. (*See* Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2024 at Great Falls, Montana.

                        JESSE A. LASLOVICH
                        United States Attorney

                        */s/ Jeffrey K. Starnes*
                        JEFFREY K. STARNES
                        Assistant U.S. Attorney
                        Attorney for Plaintiff